WILLIAM LOERZEL, Respondent, v. RICHARD CARNRIGHT et al., Defendants, and ROBERT W. TRUESDALE et al., Appellants.—

826

Present —
Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.